United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 22-12813-SY

Jesse Ceazar Navarro                                                      Chapter 7

Yvette Esmeralda Navarro

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6                    User: admin                                    Page 1 of 2

Date Rcvd: Nov 07, 2022            Form ID: 318a                        Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse Ceazar Navarro, Yvette Esmeralda Navarro, 18590 Hilldale Lane, Lake Elsinore, CA 92530-6272 |
| 41245300 | + | Ashley Navarro, 18590 Hilldale Lane, Lake Elsinore, CA 92530-6272 |
| 41245307 | | Newamerican Funding, PO Box 170581, Austin, TX 78717-0031 |
| 41245308 | + | SLSLT Underlying Trust, c/o Sunlight Financial, PO Box 843840, Dallas, TX 75284-3840 |
| 41245313 | | Wells Fargo Auto, PO Box 29710, Springerville, AZ 85938-9710 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Nov 08 2022 05:33:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 08 2022 05:33:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Nov 08 2022 05:33:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: WFFC2 | Nov 08 2022 05:33:00 | Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 41245305 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 08 2022 00:38:00 | Honda Financial Services, PO Box 6070, Cypress, CA 90630 |
| 41245301 | + | EDI: CITICORP.COM | Nov 08 2022 05:33:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 41245302 | + | EDI: WFNNB.COM | Nov 08 2022 05:33:00 | Comenitycapital/bootbn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 41245303 | + | EDI: CITICORP.COM | Nov 08 2022 05:33:00 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 41245304 | + | EDI: PHINAMERI.COM | Nov 08 2022 05:33:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 41245306 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 08 2022 00:38:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 41245309 | + | EDI: RMSC.COM | Nov 08 2022 05:33:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 41245310 | + | EDI: RMSC.COM | Nov 08 2022 05:33:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 41245311 | | EDI: USBANKARS.COM | Nov 08 2022 05:33:00 | US Bank, Attn: Bankruptcy, Po Box 5229, |

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Nov 07, 2022 | Form ID: 318a | Total Noticed: 20

Cincinnati, OH 45201

| 41245312 | + EDI: USBANKARS.COM | | |
|---|---|---|---|
| | | Nov 08 2022 05:33:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 41245314 | Email/Text: bkfilings@zwickerpc.com | | |
| | | Nov 08 2022 00:39:00 | Zwicker & Associates, P.C., 80 Minuteman Rd, Andover, MA 01810-1008 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACAR Leasing LTD d/b/a GM Financial Leasing |
| cr | | Broker Solutions, Inc. dba New American Funding |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Carey C Pickford | on behalf of Joint Debtor Yvette Esmeralda Navarro admin@pickfordlaw.com  r44469@notify.bestcase.com |
| Carey C Pickford | on behalf of Debtor Jesse Ceazar Navarro admin@pickfordlaw.com  r44469@notify.bestcase.com |
| Christina Sersif | on behalf of Creditor Wells Fargo Auto christina.sersif@wellsfargo.com |
| Christina J Khil | on behalf of Creditor Broker Solutions  Inc. dba New American Funding christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Lorenzo Nunez | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing CSBK@GMFINANCIAL.COM |
| Lynda T. Bui (TR) | trustee.bui@shulmanbastian.com  C115@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jesse Ceazar Navarro** | Social Security number or ITIN   **xxx–xx–6371** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | **Yvette Esmeralda Navarro** | Social Security number or ITIN   **xxx–xx–8431** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **6:22–bk–12813–SY**

---

# Order of Discharge – Chapter 7

12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jesse Ceazar Navarro

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/7/22

Yvette Esmeralda Navarro

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 11/7/22

**Dated:** 11/7/22

**By the court:**   Scott H. Yun
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**15/AUTU**

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**